*Lewis F. X. Cotignola, Thomas M. Russell* and *George Natanson* for appellants.

*John M. Aherne* and *James M. Hughes* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

RUDOLPH WURLITZER Co., Respondent, *v.* RETURN LOADS BUREAU, INC., Appellant.

Argued November 27, 1945; decided January 17, 1946.

*Henry H. Shepard* for appellant.

*Joseph Haskell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING TRUST COMPANY, Respondent, *v.* WILLIAM W. MILLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued November 26, 1945; decided January 17, 1946.